IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS,<br><br>    Petitioner,<br><br>    v.<br><br>BOARD OF PAROLE HEARINGS,<br><br>    Respondent. | No. 2:22-CV-1910-DJC-DMC-P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Petitioner's motion, ECF No. 24, for a 45-day extension of time to file objections to the Court's July 26, 2023, findings and recommendations. Good cause appearing therefor based on Petitioner's declaration establishing the need for additional time due to a prison transfer in June 2023 and resulting temporary separation from his legal materials, Petitioner's motion will be granted in part.

///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Petitioner's motion for an extension of time, ECF No. 24, is GRANTED in part.

2. The parties may file objections to the Court's July 26, 2023, findings and recommendations within 30 days of the date of this order.

Dated:  August 15, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE