1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 MICHAEL J. HICKS,                              No.  2:22-CV-1910-DJC-DMC-P

12              Petitioner,

13       v.                                       <u>ORDER</u>

14 BOARD OF PAROLE HEARINGS,

15              Respondent.

16

17       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18 habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States

19 Magistrate Judge pursuant to Eastern District of California local rules.

20       On July 26, 2023, the Magistrate Judge filed findings and recommendations

21 herein which were served on the parties and which contained notice that the parties

22 may file objections within the time specified therein.  No objections to the findings

23 and recommendations have been filed.

24       The Court has reviewed the file and finds the findings and recommendations to

25 be supported by the record and by the Magistrate Judge's analysis.

26 / / /

27 / / /

28 / / /

1

Accordingly, IT IS HEREBY ORDERED that:

1.     The findings and recommendations filed July 26, 2023, are adopted in full.

2.     Respondent's motion to dismiss, ECF NO. 19, is GRANTED.

3.     Petitioner's petition for a writ of habeas corpus is DISMISSED.

4.     All other pending motions, ECF Nos. 17 and 18, are DENIED as moot.

5.     The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a constitutional right, *see* 28 U.S.C. § 2253(c)(2).

6.     The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated:   __September 27, 2023__

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2